## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ZOJACQUELENE JONES, | ) | Bankruptcy No. 16-25717 |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

### NOTICE OF MOTION

**To:** Standing Trustee Tom Vaughn, 55 E. Monroe, Suite 3850, Chicago, IL 60603*
United States Trustee Patrick S. Layng, Office of the United States Trustee, 219 South Dearborn Street, Suite 873, Chicago, IL 60604 *

*See attached service list of all creditors, all of which were served via first-class mail*

PLEASE TAKE NOTICE that on **Monday, November 13, 2017 at 10:00 a.m.,** we will appear before the Honorable Jacqueline P. Cox, or such other Judge as may be presiding in that Judge's stead, at the Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, IL 60604, in courtroom 680, and present our **MOTION TO MODIFY PLAN,** a copy of which is attached hereto and served upon you herewith.

Date: October 13, 2017            By:    /s/ Justin R. Storer
                                                Justin R. Storer (ARDC # 6293889)
                                                Lakelaw
                                                53 W. Jackson Boulevard, Suite 1115
                                                Chicago, IL 60604

### CERTIFICATE OF SERVICE

On October 13, 2017, the undersigned certifies that on this date, he caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, with postage prepaid, at Chicago, Illinois. Those marked with an * were served via the Court's ECF System.

                                                /s/ Justin R. Storer

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303
 Attn: Avi Schild

Atlas Acquisitions LLC   (TEMPOE, LLC)
294 Union St.
Hackensack, NJ 07601-4303

Auto Portfolio Services, LLC
PO Box 4097
Englewood, CO 80155-4097

Carrington Mortgage
PO Box 3489
Anaheim, CA 92803-3489

Carrington Mortgage
c/o Pierce, LLC,
Bankruptcy Department
1 N Dearborn, Suite 1300
Chicago, IL 60602-4321

Centrix Funds
Prof. Bureau of Collections of MD
5295 DTC Parkway
Greenwood Village, CO 80111-2752

Christiana Trust, A Division of Wilmington S
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5948

City Of Chicago Department of Finance
c/o Arnold Scott Harris P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL 60604-3517

City of Blue Island
13051 S. Greenwood Ave.
Blue Island, IL 60406-2391

City of Chicago Dept. of Finance
PO Box 88292
Chicago, IL 60680-1292

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Equity Trust Company
PO Box 16354
Rochester, NY 14616-0354

Midland Funding LLC
c/o Midland Credit Management, INC
PO Box 2011
Warren, MI 48090-2011

Nicor Gas
1844 W. Ferry Road
Naperville, IL 60563-9600

Pierce and Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602-4373

Premiere Credit
PO Box 19309
Indianapolis, IN 46219-0309

Roderick Jones
2820 W. 140th Street
Blue Island, IL 60406-3346

Rush University Medical Group
75 Remittance Dr., Dept. 1611
Chicago, IL 60675-1611

SpeedyRapid Cash
PO Box 780408
Wichita, KS 67278-0408

The Payday Loan Store
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

nicor gas
po box 549
Aurora il 60507-0549

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| ZOJACQUELENE JONES, | ) | Bankruptcy No. 16-25717 |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Zojacquelene Jones, by and through her attorneys at Lakelaw, and now presents his MOTION TO MODIFY PLAN pursuant to 11 U.S.C. §§ 1329(a), and respectfully stating the following:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O).

### FACTUAL AND PROCEDURAL BACKGROUND

4. Debtor filed a voluntary chapter 13 petition on August 10, 2016.

5. His plan was confirmed by this Court on December 19, 2016, guaranteeing a 100% dividend to their allowed general unsecured claims.

6. The Debtor has missed intermittent payments to the chapter 13 Trustee. Most saliently, she lost her job on May 31, 2017, due to a departmental restructuring. She started at a new job on September 11, 2017, and her income is substantially the same. During this period of

time, she applied for unemployment compensation, but had not received it by the time she'd started her new job.

7. As of this writing, the Debtor has agreed to enter into a payroll deduction order, and that order has posted. A full $1,100.00 is expected to be paid the Trustee, by direct payment, the operation of that order, or a combination of both.

## RELIEF REQUESTED

8. The Debtor requests this Court enter an order deferring her arrears to the standing Trustee, and increasing the payment to $1,100.00 a month, that the plan may complete within 60 months.

## BASIS FOR RELIEF REQUESTED

9. Under § 1329 of the Bankruptcy Code, after the confirmation of the plan but before the completion of payments under such plan, the plan may be modified to extend or reduce the time for payments on claims of a particular class.

10. Debtor submits that the relief requested will not cause the plan to run appreciably longer than 60 months, and so not run afoul of § 1329(c)

## NOTICE

11. No less than 21 days' notice has been provided all creditors, and ancillary parties, to this bankruptcy.

WHEREFORE the Debtor requests that this Court enter an order modifying her plan to defer her arrearages, increasing her plan payment to $1,100.00 per month for the remaining duration of the plan, and entering any further relief that this Court may deem just and proper.

        **ZOJACQUELENE JONES,**
By:   */s/ Justin R. Storer*
       Justin R. Storer

Justin R. Storer (ARDC 6293889) | Lakelaw
53 W. Jackson, Suite 1115 | Chicago, IL 60604
312.662.5757 | jstorer@lakelaw.com