UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-25717 |
|---|---|---|
| Zojacquelene Jones | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VACATING ORDER TO EMPLOYER TO PAY THE TRUSTEE

This matter, coming to be heard on the Debtor's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Motion is granted, and the order directing the Debtor's employer, Mayer Brown, LLP, to make payment to the chapter 13 trustee is vacated.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: November 15, 2021

**Prepared by:**

Justin R. Storer (6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602
312.373.7226 | jstorer@wfactorlaw.com