**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Zojacquelene Jones |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number 16-25717 | |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust

**Last four digits** of any number you use to identify the debtor's account:  2184

**Court claim no.** (if known): 7

**Date of payment change:**  March 1, 2022
Must be at least 21 days after date of this notice

**New total payment:**  $1,024.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**   $453.92       **New escrow payment:**   $536.59

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current Interest Rate:**            **New interest rate:**

   **Current principal and interest payment:**            **New principal and interest payment:**

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

   Reason for change:

   **Current mortgage payment:**            **New mortgage payment:**

| Debtor 1 | Zojacquelene | | Jones | Case Number *(if known)* | 16-25717 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box*
☐  I am the creditor.
☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Michelle Ghidotti_____   Date  01/24/2022
   Signature

Print:   Michelle Ghidotti                     Title    Bankruptcy Attorney
         First name    Middle Name    Last name

Company    GHIDOTTI | BERGER LLP

Address    1920 Old Tustin Avenue
           Number        Street

           Santa Ana, CA 92705
           City          State    Zip Code

Contact phone    (949) 427-2010          Email:    bknotifications@ghidottiberger.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

RODERICK JONES
2820 140TH ST
BLUE ISLAND IL  60406

Analysis Date: January 14, 2022                                                                                                                             Final
Property Address: 2820 140TH STREET  BLUE ISLAND, IL 60406                                                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Feb 2021 to Feb 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2022: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 488.20 | 488.20 ** | | Due Date: | Dec 01, 2020 |
| Escrow Payment: | 453.92 | 536.59 | | Escrow Balance: | (3,330.24) |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 6,808.80 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 396.12 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $3,082.44 |
| Total Payment: | $942.12 | $1,024.79 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 13,051.18 |
| Feb 2021 | | | | 2,435.51 | * | County Tax | 0.00 | 10,615.67 |
| Mar 2021 | | 387.47 | | | * | | 0.00 | 11,003.14 |
| May 2021 | | | | 688.57 | * | Forced Place Insur | 0.00 | 10,314.57 |
| Jun 2021 | | | | 199.49 | * | Forced Place Insur | 0.00 | 10,115.08 |
| Jul 2021 | | | | 199.49 | * | Forced Place Insur | 0.00 | 9,915.59 |
| Aug 2021 | | | | 199.49 | * | Forced Place Insur | 0.00 | 9,716.10 |
| Sep 2021 | | | | 199.49 | * | Forced Place Insur | 0.00 | 9,516.61 |
| Sep 2021 | | | | 1,626.89 | * | County Tax | 0.00 | 7,889.72 |
| Oct 2021 | | | | 199.49 | * | Forced Place Insur | 0.00 | 7,690.23 |
| Nov 2021 | | | | 199.49 | * | Forced Place Insur | 0.00 | 7,490.74 |
| Nov 2021 | | | | 10,424.86 | * | Escrow Disbursement | 0.00 | (2,934.12) |
| Dec 2021 | | | | 198.06 | * | Forced Place Insur | 0.00 | (3,132.18) |
| Jan 2022 | | | | 198.06 | * | Forced Place Insur | 0.00 | (3,330.24) |
| | | | | | | Anticipated Transactions | 0.00 | (3,330.24) |
| Jan 2022 | | 6,354.88 | | 198.06 | | Forced Place Insur | | 2,826.58 |
| Feb 2022 | | 453.92 | | 198.06 | | Forced Place Insur | | 3,082.44 |
| | $0.00 | $7,196.27 | $0.00 | $17,165.01 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 of 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date: January 14, 2022    Final
Borrower: RODERICK JONES    Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 3,082.44 | 2,435.51 |
| Mar 2022 | 536.59 | 2,435.51 | County Tax | 1,183.52 | 536.59 |
| Mar 2022 |  | 198.06 | Forced Place Insur | 985.46 | 338.53 |
| Apr 2022 | 536.59 | 198.06 | Forced Place Insur | 1,323.99 | 677.06 |
| May 2022 | 536.59 | 198.06 | Forced Place Insur | 1,662.52 | 1,015.59 |
| Jun 2022 | 536.59 | 198.06 | Forced Place Insur | 2,001.05 | 1,354.12 |
| Jul 2022 | 536.59 | 198.06 | Forced Place Insur | 2,339.58 | 1,692.65 |
| Aug 2022 | 536.59 | 1,626.89 | County Tax | 1,249.28 | 602.35 |
| Aug 2022 |  | 198.06 | Forced Place Insur | 1,051.22 | 404.29 |
| Sep 2022 | 536.59 | 198.06 | Forced Place Insur | 1,389.75 | 742.82 |
| Oct 2022 | 536.59 | 198.06 | Forced Place Insur | 1,728.28 | 1,081.35 |
| Nov 2022 | 536.59 | 198.06 | Forced Place Insur | 2,066.81 | 1,419.88 |
| Dec 2022 | 536.59 | 198.06 | Forced Place Insur | 2,405.34 | 1,758.41 |
| Jan 2023 | 536.59 | 198.06 | Forced Place Insur | 2,743.87 | 2,096.94 |
| Feb 2023 | 536.59 | 198.06 | Forced Place Insur | 3,082.40 | 2,435.47 |
|  | $6,439.08 | $6,439.12 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 338.53. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,073.19 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,082.44. Your starting balance (escrow balance required) according to this analysis should be $2,435.51. This means you have a surplus of 646.93. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 6,439.12. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: January 14, 2022
Borrower: RODERICK JONES

Case 16-25717    Doc    Filed 01/24/22    Entered 01/24/22 11:21:05    Desc Main
Document    Page 6 of 7

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 536.59 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $536.59 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

## **CERTIFICATE OF SERVICE**

On January 24, 2022, I served the foregoing documents described as Notice of mortgage payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
**David P Leibowitz, ESQ**
dleibowitz@lakelaw.com

**Justin R. Storer**
jstorer@lakelaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May

On January 24, 2022, I served the foregoing documents described as Notice of mortgage payment change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
**Zojacquelene Jones**
4054 W Cermak Road
Chicago, IL 60623

*Trustee*
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maben May
Maben May